# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

Case No. 14-2981

Appeal from:  United States District Court for the District of Nebraska,
Case No. 8:12-cv-00383-FG3

Bradley B. Baumann, individually, co-special administrator of these Estates: Estate Of Christopher Douglas Schmidt, Diana Ruth Schmidt, Samuel Donovan Schmidt, Connor Bradley Schmidt; Nancy R. Baumann, individually, co-special administrator of these Estates: Estate Of Diana Ruth Schmidt, Samuel Donovan Schmidt, Connor Bradley Schmidt, Christopher Douglas Schmidt; Donna J. Costley, individually, co-special administrator of these Estates: Estate Of Diana Ruth Schmidt, Samuel Donovan Schmidt, Connor Bradley Schmidt, Christopher Douglas Schmidt
Plaintiffs – Appellants

v.

Josef Slezak and AKI Trucking, Defendants;

Vladimir Zhukov, Swift-Truck Lines, Ltd., and MTR Express, Inc.,
Defendants – Appellees;

North Metro Truck Leasing, LLC
Defendant;

Long Haul Trucking, Inc.;
Defendant – Appellee.

## NOTICE OF METHOD OF APPENDIX PREPARATION

Pursuant to FRAP 30(a) & (b) and 8th Cir. R. 30A(b)(2) and by agreement of counsel for the parties, the plaintiffs-appellants will prepare and serve a JOINT APPENDIX.

1

Respectfully submitted,
*/s/ James H. Chalat*
James H. Chalat,
CHALAT HATTEN KOUPAL & BANKER PC
1900 Grant St., Ste. 1050
Denver, Colorado 80203
Telephone: 303.861.1042
Fax: 303.861.0506
jchalat@chalatlaw.com
*ATTORNEY FOR PLAINTIFFS-APPELLANTS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2014 a true and accurate copy of the foregoing NOTICE OF METHOD OF APPENDIX PREPARATION was filed and served via CM/ECF upon the following parties of record:

Stephen L. Ahl
Krista Carlson
Erin C. Duggan Pemberton
WOLFE, SNOWDEN, HURD, LUERS & AHL, LLP
Wells Fargo Center
1248 "0" Street, Suite 800
Lincoln, NE 68508
sahl@wolfesnowden.com
epemberton@wolfesnowden.com
(Attorneys Defendants-Appellees Vladimir Zhukov, Swift-Truck Lines, LTD. & MTR Express, Inc.)

Michael B. Langford
SCOPELITIS, GARVIN LAW FIRM
10 West Market Street, Suite 1500
Indianapolis, IN 46204
mlangford@scopelitis.com
(Attorney for Defendant-Appellee Long Haul Trucking, Inc.)

John P. Inserra, Esq.
INSERRA & KELLEY
6790 Grover Street, Suite 200
Omaha, Nebraska 68106-3612
jpinserra@inserra.com
(Attorney for Plaintiffs-Appellants)

*/s/James H. Chalat*

CHALAT HATTEN KOUPAL & BANKER, PC

2